UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------X      Civil Action No. 09-cv-4309 (WCC)
LOUIS FERRER and GLEN ALTOMENTE,                      :
Individually and on Behalf of All Other Persons       :
Similarly Situated,                                   :
                                                      :
                                                      :
                                                      :
                                                      :
                                                      :
                              Plaintiffs,             :
                                                      :
        vs.                                           :
                                                      :
RAINES & WELSH & SONS, INC., RAINES &                 :
WELSH & SONS CONTRACTORS, INC.,                       :
THOMAS J. WELSH, DEBORAH WELSH,                       :
STEVEN RAINES and JOHN DOES #1-10,                    :
 Jointly and Severally,                               :
                                                      :
                              Defendants.             :
----------------------------------------------------------------X
```

**DECLARATION OF GLEN ALTOMONTE**

# EXHIBIT "D"

## DECLARATION OF GLEN ALTOMONTE

1.      I worked for Raines & Welsh & Sons, Contractors, Inc. and/or its associated entities, successor, shareholders and assigns ("Defendant").

2.      I worked for Defendant from on or about March 1988 through December 15, 2008 (the "time period"). I worked as a general laborer for the Defendants throughout the time period and was paid entirely on an hourly basis.

3.      Throughout the last six years, I've earned $26 to $30 per hour. Pursuant to my union collective bargaining agreement, I am entitled to benefits which Defendants may or may not have paid. While I occasionally was paid overtime at a rate of time and one-half my hourly pay, my overtime hours worked were never properly recorded and were typically substantially reduced each week. At times I was paid cash for overtime worked.

4.      I was classified as a non-exempt hourly union employee throughout the time period and my wages fluctuated based on the number of hours that I worked.

5.      Throughout the time period, I was required to arrive at Defendants' construction yard location located at 102 Railroad Avenue, West Haverstraw, New York at approximately 7:00 am in order to load the trucks for the day and to prepare for the day. While I was required to arrive and start work at approximately 7:00 am, I was not paid by Defendants until 8:00 am. I was not allowed to take lunch breaks and was required to work for Defendants until approximately 4:30 each night. We were also frequently were required to work after 4:30 each night. Defendants' foreman typically kept track of hours worked each day, but the foreman sheet did not include time worked before 8:00

I

am. Further, Debbie Welsh processed payroll on a weekly basis, and she frequently removed hours worked such that I was not paid for the overtime reported by my foreman.

6.     I was not compensated for the time that I worked prior to 8:00 am each day, or for overtime hours worked that were arbitrarily removed by Debi Welsh, Defendants' payroll processer.

7.     Throughout the time period, I was subjected and witnessed numerous inappropriate racial slurs while on the job and Defendants did not let me or their other laborers use sanitary restroom facilities. In fact, Defendants required myself and their other laborers to relieve themselves outside on the property, not in the company restroom. Throughout the time period, buckets of excrement were left throughout the back of the Defendants' yard.

8.     Upon information and belief, throughout the time period, Defendants employed twenty (20) to eighty (80) other laborers in their construction business who similarly were not paid for all hours worked and who had hours removed from their paychecks. Not only were all hours worked not recorded on the foreman's reports, but at the end of the week hours were removed from my and the other laborers' paychecks.

9.     Throughout the time period, Defendants obtained government contracts whereby they were required to pay myself and their other laborers prevailing wages. Throughout the time period, I have never received prevailing wages, as required by state and federal law.

10.     I am aware and have personal knowledge that during the time period other persons employed by Defendants as construction laborers who performed the same or similar work as myself were required to work more than 40 hours per week and had time deducted on foreman's reports and also had hours deducted from payroll, even if the hours were recorded in the foreman's report.

11.     I am also aware of other similarly situated Raines & Welsh & Sons employees that were not paid wages or overtime by Defendants.  I have spoken with numerous other construction laborers and they have confirmed that they too were forced to work more than forty hours per week without any compensation for hours worked prior to 8:00 am or for many other hours worked for the Defendants.

12.     I complained about not being paid for hours worked and Tom Welsh told me that I wasn't getting paid overtime on gas jobs.  My supervisor refused to address my issue of unpaid wages and overtime.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 9th day of April, 2009.

_Glen Altomonte_

Glen Altomonte

3

**Company Name & Address**

**RAINES & WELSH & SONS, CONTRACTORS, INC.**
P.O. BOX 85
THIELLS, NY 10984

| Employee File # | Emp No | Dept # | Check # | Soc. Sec # | FW-S | SH-S | Check Date | Check No | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 0019 | R390 01 | 0300 | | xxx-xx-2303 | S 00 | S 00 | JUN 13,2008 | 0050112 | ********64.15 |

**Employee Name:** GLEN ALTOMONTE

**Period Start:** JUN 2,2008  **Period Ending:** JUN 8,2008

## EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 30.0500 | 1202.00 |
| **TOTAL** | **40.00** | **$** | **1202.00** |

## TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 74.52 |
| MEDFICA | 17.43 |
| FED W.H | 220.19 |
| NY | 65.51 |
| NY DIS. | 0.60 |
| **TOTAL** | **$ 378.25** |

## DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| GARN-GA | 759.60 |
| **TOTAL** | **$ 759.60** |

## YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 17068.41 |
| FICA | 1058.24 |
| MEDFICA | 247.49 |
| FED WTH | 2982.15 |
| STATE | 900.00 |
| DISAB | 9.60 |

## Pay Stub 1

**RAINES & WELSH & SONS, CONTRACTORS, INC.**
P.O. BOX 85
THIELLS, NY 10984

| Employee File # | 0019 |
|---|---|
| Co# | R390 |
| Div# | 01 |
| Dept# | 0300 |
| Period Start | AUG 11,2008 |
| Period Ending | AUG 17,2008 |
| Check Date | AUG 22,2008 |
| Employee Name | GLEN ALTOMONTE |
| Soc Sec # | xxx-xx-2309 |
| FW-S | 00 |
| St-S | 00 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 30.0500 | 1202.00 |
| TOTAL | 40.00 | $ | 1202.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 71.72 |
| MEDFICA | 16.78 |
| FED WTH | 220.19 |
| NY | 65.51 |
| NY DIS. | 0.14 |
| TOTAL | $ 374.34 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| GARN-GA | 506.60 |
| LCL 754 | 136.00 |
| TOTAL | $ 642.60 |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 28660.21 |
| FICA | 1776.93 |
| MEDFICA | 415.57 |
| FED WTH | 5070.94 |
| STATE | 1522.69 |
| DISAB | 15.60 |

Check No. 0050488
NET PAY ******185.05

## Pay Stub 2

**RAINES & WELSH & SONS, CONTRACTORS, INC.**
P.O. BOX 85
THIELLS, NY 10984

| Employee File # | 0019 |
|---|---|
| Co# | R390 |
| Div# | 01 |
| Dept# | 0300 |
| Period Start | NOV 3,2008 |
| Period Ending | NOV 9,2008 |
| Check Date | NOV 14,2008 |
| Employee Name | GLEN ALTOMONTE |
| Soc Sec # | xxx-xx-2309 |
| FW-S | 00 |
| St-S | 00 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 32.00 | 30.0500 | 961.60 |
| TOTAL | 32.00 | $ | 961.60 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 59.63 |
| MEDFICA | 13.93 |
| FED WTH | 160.09 |
| NY | 49.05 |
| TOTAL | $ 282.70 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| GARN-GA | 506.60 |
| LCL 754 | 108.80 |
| TOTAL | $ 615.40 |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 41048.33 |
| FICA | 2545.00 |
| MEDFICA | 595.20 |
| FED WTH | 7244.78 |
| STATE | 2173.78 |
| DISAB | 22.20 |

Check No. 0050961
NET PAY *******63.50

## Pay Stub 1

| Employee File # | Col # | Div # | Dept # |
|---|---|---|---|
| 0019 | R390 | 01 | 0300 |

| Period Start | Period Ending | Check Date |
|---|---|---|
| AUG 18, 2008 | AUG 24, 2008 | AUG 29, 2008 |

Employee Name: GLEN ALTOMONTE
Soc Sec #: xxx-xx-2309
FW-S 00  St-S 00

Company Name & Address:
RAINES & WELSH & SONS, CONTRACTORS, INC.
P.O. BOX 85
THIELLS, NY 10984

**EARNINGS**

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 32.00 | 30.0500 | 961.60 |
| TOTAL | 32.00 | $ | 961.60 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 59.62 |
| MEDFICA | 13.95 |
| FED WITH | 160.09 |
| NY | 49.05 |
| NY DIS. | 0.60 |
| TOTAL $ | 283.31 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| GARN-GA LCL 754 | 506.60 |
| | 108.80 |
| TOTAL $ | 615.40 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 29621.81 |
| FICA | 1836.55 |
| MEDFICA | 429.52 |
| FED WITH | 5231.03 |
| STATE | 1571.74 |
| DISAB | 16.20 |

Check No.: 0050525
NET PAY: ******62.89

## Pay Stub 2

| Employee File # | Col # | Div # | Dept # |
|---|---|---|---|
| 0019 | R390 | 01 | 0300 |

| Period Start | Period Ending | Check Date |
|---|---|---|
| JUL 7, 2008 | JUL 13, 2008 | JUL 18, 2008 |

Employee Name: GLEN ALTOMONTE
Soc Sec #: xxx-xx-2309
FW-S 00  St-S 00

Company Name & Address:
RAINES & WELSH & SONS, CONTRACTORS, INC.
P.O. BOX 85
THIELLS, NY 10984

**EARNINGS**

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 30.0500 | 1202.00 |
| TOTAL | 40.00 | $ | 1202.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 74.52 |
| MEDFICA | 17.43 |
| FED WITH | 220.19 |
| NY | 65.51 |
| NY DIS. | 0.60 |
| TOTAL $ | 378.25 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| GARN-GA | 759.60 |
| TOTAL $ | 759.60 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 23078.41 |
| FICA | 1430.86 |
| MEDFICA | 334.64 |
| FED WITH | 4083.10 |
| STATE | 1227.55 |
| DISAB | 12.60 |

Check No.: 0050274
NET PAY: *******64.15

## Pay Stub 1

**RAINES & WELSH & SONS, CONTRACTORS, INC.**
P.O. BOX 85
THIELLS, NY 10984

| Employee File # | Co # | Div # | Dept # | Period Start | Period Ending | Check Date | Check # | Soc Sec # | FW-S | ST-S |
|---|---|---|---|---|---|---|---|---|---|---|
| 0019 | R390 | 01 | 0300 | JUL 21, 2008 | JUL 27, 2008 | AUG 1, 2008 | | XXX-XX-2309 | 00 | 00 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 20.00 | 30.0500 | 601.00 |
| **TOTAL** | **20.00** | **$** | **601.00** |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 37.26 |
| MEDFICA | 8.71 |
| FED WTH | 75.15 |
| NY | 24.35 |
| NY DIS. | 0.60 |
| **TOTAL** | **$ 146.07** |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| GARN-GA | 454.93 |
| **TOTAL** | **$ 454.93** |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 24881.41 |
| FICA | 1542.65 |
| MEDFICA | 360.78 |
| FED WTH | 4378.44 |
| STATE | 1317.41 |
| DISAB | 13.80 |

Check No. 0050353
NET PAY ********0.00

## Pay Stub 2

**RAINES & WELSH & SONS, CONTRACTORS, INC.**
P.O. BOX 85
THIELLS, NY 10984

| Employee File # | Co # | Div # | Dept # | Employee Name | Period Start | Period Ending | Check Date | Check # | Soc Sec # | FW-S | ST-S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0019 | R390 | 01 | 0300 | GLEN ALTOMONTE | SEP 8, 2008 | SEP 14, 2008 | SEP 19, 2008 | | XXX-XX-2309 | 00 | 00 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 30.0500 | 1202.00 |
| **TOTAL** | **40.00** | **$** | **1202.00** |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 74.53 |
| MEDFICA | 17.43 |
| FED WTH | 220.19 |
| NY | 65.51 |
| NY DIS. | 0.60 |
| **TOTAL** | **$ 378.26** |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| GARN-GA | 506.60 |
| LCL 754 | 136.00 |
| **TOTAL** | **$ 642.60** |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 31785.41 |
| FICA | 1970.70 |
| MEDFICA | 460.89 |
| FED WTH | 5611.31 |
| STATE | 1686.30 |
| DISAB | 17.40 |

Check No. 0050647
NET PAY *******181.14

## Pay Stub 1

| Employer File # | Co # | Div # | Dept # | Employer Name | Clock # |
|---|---|---|---|---|---|
| 0019 | R390 | 01 | 0300 | GLEN ALTOMONTE | |

| Period Start | Period Ending | Check Date | Soc Sec # | FW-S | St-S |
|---|---|---|---|---|---|
| SEP 29, 2008 | OCT 5, 2008 | OCT 10, 2008 | xxx-xx-2309 | 00 | 00 |

**Company Name & Address**
RAINES & WELSH & SONS, CONTRACTORS, INC.
P.O. BOX 85
THIELLS, NY 10984

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 30.0500 | 1202.00 |
| TOTAL | 40.00 | $ | 1202.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 74.52 |
| MEDFICA | 17.43 |
| FED WTH | 220.19 |
| NY | 65.51 |
| NY DIS. | 0.60 |
| TOTAL $ | 378.25 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| GARN-GA | 506.60 |
| LCL 754 | 136.00 |
| TOTAL $ | 642.60 |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 35135.99 |
| FICA | 2178.43 |
| MEDFICA | 509.47 |
| FED WTH | 6208.03 |
| STATE | 1865.34 |
| DISAB | 19.20 |

| Check No | NET PAY |
|---|---|
| 0050774 | ******181.15 |

## Pay Stub 2

| Employer File # | Co # | Div # | Dept # | Employer Name | Clock # |
|---|---|---|---|---|---|
| 0019 | R390 | 01 | 0300 | GLEN ALTOMONTE | |

| Period Start | Period Ending | Check Date | Soc Sec # | FW-S | St-S |
|---|---|---|---|---|---|
| JUL 14, 2008 | JUL 20, 2008 | JUL 25, 2008 | xxx-xx-2309 | 00 | 00 |

**Company Name & Address**
RAINES & WELSH & SONS, CONTRACTORS, INC.
P.O. BOX 85
THIELLS, NY 10984

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 30.0500 | 1202.00 |
| TOTAL | 40.00 | $ | 1202.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 74.53 |
| MEDFICA | 17.43 |
| FED WTH | 220.19 |
| NY | 65.51 |
| NY DIS. | 0.60 |
| TOTAL $ | 378.26 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| GARN-GA | 506.60 |
| LCL 754 | 136.00 |
| TOTAL $ | 642.60 |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 24280.41 |
| FICA | 1505.39 |
| MEDFICA | 352.07 |
| FED WTH | 4303.29 |
| STATE | 1293.06 |
| DISAB | 13.20 |

| Check No | NET PAY |
|---|---|
| 0050313 | *******181.14 |